IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **DELLWAYNE PRICE,** | : | |
| Plaintiff, | : | |
| v. | : | Case No. 5:21-cv-179-MTT-CHW |
| **Sergeant LATONYA LAMAR,** *et al.*, | : | |
| | : | Proceedings Under 42 U.S.C. §1983 |
| Defendants. | : | Before the U.S. Magistrate Judge |

**ORDER**

Before the Court is Plaintiff Dellwayne Price's latest amended complaint, in which Plaintiff seeks to add new defendants to claims unrelated to the discrete, March 2021 excessive force incident that forms the basis of this action. (Doc. 18). Plaintiff's request for leave to raise those claims in this action is **DENIED**. Again, Plaintiff may advance his new claims against the new defendants he now names in a separate Section 1983 action.

Plaintiff's motion to amend was also accompanied by a motion for leave to proceed *in forma pauperis*, along with a filing that seeks some form of computation assistance. (Docs. 19, 20). Both motions are **DENIED**. These filings may be raised in a new, original complaint filed in a separate action with a distinctive civil action number. Plaintiff should not reference this civil action number in the case caption of his standard-form complaints when he is seeking to commence new civil actions.

**SO ORDERED**, this 3rd day of May, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

1